OKLAHOMA
State Courts Network

EXHIBIT
A

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| HUA JIANG,<br>          Plaintiff,<br>v.<br>CITY OF TULSA,<br>          Defendant. | **No. CJ-2023-1968**<br>**(Civil relief more than $10,000: DISPARATE TREATMENT BASED ON RACE (TITLE VII))**<br><br>Filed: 06/02/2023<br><br><br>Judge: Civil Docket E |

## PARTIES

CITY OF TULSA, Defendant
JIANG,  HUA, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| SMOLEN,  DANIEL  E (Bar #19943)<br>SMOLEN, SMOLEN & ROYTMAN, PLLC<br>701 S. CINCINNATI AVE<br>TULSA, OK 74119 | JIANG,   HUA |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**          Issue: DISPARATE TREATMENT BASED ON RACE (TITLE VII) (OTHER)
                    Filed By: JIANG, HUA
                    Filed Date: 06/02/2023



*1055430941*

**IN THE DISTRICT COURT FOR TULSA COUNTY**
**STATE OF OKLAHOMA**

DISTRICT COURT
**FILED**

JUN 0 2 2023

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

| | | |
|---|---|---|
| HUA JIANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CJ-2023-01968** |
| | ) | |
| CITY OF TULSA | ) | DAMAN CANTRELL |
| | ) | |
| Defendant. | ) | |

**PETITION**

COMES NOW the Plaintiff, Hua Jiang, by and through his attorneys of record, and hereby files his Petition against Defendant, City of Tulsa, for the violations of his constitutionally protected rights arising out of his employment by Defendant. Plaintiff respectfully shows the Court the following:

**PARTIES**

1.     Plaintiff Hua Jiang is a citizen of the State of Oklahoma and a resident of Tulsa County.

2.     Defendant City of Tulsa is headquartered in Tulsa, OK and regularly conducts business in Tulsa County, State of Oklahoma.

3.     Defendant City of Tulsa, regularly employs more than five hundred (500) people in Tulsa County, Oklahoma.

**JURISDICTION AND VENUE**

4.     Plaintiff incorporates as if re-alleged all preceding paragraphs.

5.     This is an action for damages and to secure protection of and to redress deprivation of rights secured by Title VII of the Civil Rights act of 1964, as amended 42 U.S.C. §2000-2 (Title

1

VII) providing relief against discrimination and retaliation on the basis of race, national origin, retaliation, age.

6.      This is an action for damages and to secure protection and to redress deprivation of rights secured by the Oklahoma Anti-Discrimination Act (OADA), 25 O.S. §1301, *et seq.,* providing relief against discrimination and retaliation on the basis of race, national origin, retaliation, age.

7.      This is an action for damages to redress deprivation of rights secured by the Age Discrimination in Employment Act of 1967 as amended, 29 U.S.C. 621 *et seq.* (hereinafter "ADEA").

8.      This is an action for damages and to secure protection of and to redress deprivation of rights secured by the Equal Pay Act, 29 U.S.C. § 206(d)(1) and  29 U.S.C. § 216(b).

9.      Plaintiff, Hua Jiang, filed a charge of discrimination against Defendant with the Equal Employment Opportunity Commission (EEOC). Plaintiff complained to the EEOC of discrimination based on race, national origin, retaliation, age and violation of the Equal Pay Act.

10.      Plaintiff received a Notice of Right to Sue and this Petition is filed within ninety (90) days of the receipt of the Notice of Right to Sue. As such, Plaintiff has complied fully with all administrative prerequisites in this Court under all applicable statutes.

11.      Jurisdiction of the Court is proper as a court of general jurisdiction.

12.      Venue is proper because Defendant may be properly sued in the county where it has its place of business.

## FACTS COMMON TO ALL CLAIMS

13.      Plaintiff incorporates as if re-alleged all preceding paragraphs.

14.      Plaintiff worked for City of Tulsa, beginning in 2010.

2

15. Plaintiff is employed by the City of Tulsa in the water and sewer department and holds a PhD in Civil Engineering. He has over 20 years of experience in water treatment and operation of treatment plants.

16. The Plaintiff was continually passed over for promotion in favor of lesser qualified, less experienced white employees.

17. The Plaintiff applied for promotion five times during his employment with the City and was never selected for the positions he applied. He first applied for promotion in November 2013. He applied again in 2015. He also applied for promotion in February of 2021 and again in June 2021 and he was not selected for either promotion.

18. In June 2021, the individual selected for the position was a much younger white male who did not meet the minimum requirements listed in the job description. The Plaintiff filed a grievance and the Civil Service Commission agreed that the Defendant failed to follow proper promotional practices. The job search was to be re-opened in September 2021. The Plaintiff applied again and the Defendant. merely adjusted the position requirements and hired the same white male. Upon information and belief, he still did not meet the listed requirements, even after adjustments. Plaintiff was also denied promotions for which he was the most qualified in September, October, and December 2021.

19. Several individuals promoted over the Plaintiff were younger than him and every single individual promoted over the Plaintiff have been white.

20. The Plaintiff was on the same pay scale for ten years. The Plaintiff was the only individual to remain on this particular pay scale for such an extended period of time and was one of the lowest paid employees on said scale.

21.    The Plaintiff's supervisor indicated that the Plaintiff's accent and the fact that English is his second language affects how my coworkers and managers view the Plaintiff.

22.    When the Plaintiff complained about the hiring process and discrimination, suddenly several of the Plaintiff projects were shut down and he was isolated at work. Such projects were necessary for Plaintiff to have advancement opportunities.

## CLAIM I
## DISPARATE TREATMENT BASED ON RACE (TITLE VII)

23.    Plaintiff incorporates the preceding paragraphs as if realleged.

24.    Plaintiff was treated worse than his younger, Caucasian and non-Asian co-workers employed with the Defendant.

25.    Plaintiff was held to a different, standard than his younger non-Asisan comparators.

26.    Defendant did nothing to ensure equal treatment under the law for Plaintiff nor to investigate his complaints.

27.    By treating Plaintiff differently than similarly-situated younger, Caucasian and non-Asian American employees with regard to pay, promotions, and raises, Defendant has violated Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et. seq.

28.    Defendant's discriminatory practices have resulted in the loss of past and future wages and other job benefits, and have caused the Plaintiff to suffer humiliation, embarrassment, and emotional distress.

WHEREFORE, Plaintiff prays for judgment against Defendant for:

a. Back pay lost benefits; front pay until normal retirement

b. Compensatory damages for his mental anguish, pain and suffering and other non-pecuniary losses;

4

c. Punitive damages for the intentional and knowing acts of discrimination committed by the Defendant's management;

d. His attorney fees and the costs and expenses of this action;

e. Such other relief as the Court deems just and equitable.

deems just and equitable.

## CLAIM II
## RETALIATION IN VIOLATION OF TITLE VII 42 USC §2000e, et seq.

29.    Plaintiff incorporates as if re-alleged all preceding paragraphs.

30.    Defendant canceled Plaintiff's projects and isolated Plaintiff because he engaged in protected opposition to discrimination in violation of Title VII of the Civil Rights Act of 1964.

31.    Defendant's discriminatory practices have resulted in the loss of past and future wages and other job benefits, and have caused the Plaintiff to suffer humiliation, embarrassment, and emotional distress.

WHEREFORE, Plaintiff prays for judgment against the Defendant for:

a. Back pay lost benefits; front pay until normal retirement

b. Compensatory damages for his mental anguish, pain and suffering and other non-pecuniary losses;

c. Punitive damages for the intentional and knowing acts of discrimination committed by the Defendant's management;

d. His attorney fees and the costs and expenses of this action;

e. Such other relief as the Court deems just and equitable.

and equitable.

5

## CLAIM III
## DISCRIMINATION IN VIOLATION OF THE OADA

32.    Plaintiff incorporates as if re-alleged all preceding paragraphs.

33.    Plaintiff was treated worse than his younger, Caucasian and non-Asian co-workers employed with the Defendant.

34.    Plaintiff was held to a different, standard than his younger non-Asisan comparators.

35.    Defendant did nothing to ensure equal treatment under the law for Plaintiff nor to investigate his complaints.

36.    By treating Plaintiff differently than similarly-situated Caucasian and non-Asian American employees with regard to pay, promotions, and raises, the Defendant has violated the Oklahoma Anti-Discrimination Act.

37.    Defendant's discriminatory practices have resulted in the loss of past and future wages and other job benefits, and have caused the Plaintiff to suffer humiliation, embarrassment, and emotional distress.

WHEREFORE, Plaintiff prays for judgment against the Defendant for:

    a. Back pay and lost benefits; front pay until normal retirement

    b. Compensatory damages for his mental anguish, pain and suffering and other non-pecuniary losses;

    c. Punitive damages for the intentional and knowing acts of discrimination committed by the Defendant's management;

    d. His attorney fees and the costs and expenses of this action;

    e. Such other relief as the Court deems just and equitable.

6

## CLAIM IV
## RETALIATION IN VIOLATION OF THE OADA

38.    Plaintiff incorporates as if re-alleged all preceding paragraphs.

39.    Defendant canceled Plaintiff's projects and isolated Plaintiff because he engaged in protected opposition to discrimination in violation of the Oklahoma Anti-Discrimination Act.

WHEREFORE, Plaintiff prays for judgment against the Defendant for:

a. Back pay and lost benefits; front pay until normal retirement

b. Compensatory damages for his mental anguish, pain and suffering and other non-pecuniary losses;

c. Punitive damages for the intentional and knowing acts of discrimination committed by the Defendant's management and executives;

d. Her attorney fees and the costs and expenses of this action;

e. Such other relief as the Court deems just and equitable.

## CLAIM V
## DISCRIMINATION ON THE BASIS OF AGE IN VIOLATION OF THEAGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967 (29 U.S.C. 621 *ET SEQ.*)

40.    Plaintiff incorporates the preceding paragraphs as if realleged herein.

41.    The foregoing conduct violates the ADEA of 1967 as amended, 29 U.S.C. § 621 *et seq.*

42.    Plaintiff experienced discrimination by way of a failure to provide equal pay, denial of promotions, and denial of raises in violation of the ADEA.

43.    Defendant's discriminatory practices have resulted in the loss of past and future wages and other job benefits, and have caused the Plaintiff to suffer humiliation, embarrassment, and emotional distress.

44.    Upon information and belief, Plaintiff's denied promotions and raises were motivated in substantial part by his age, in violation of the ADEA.

45.    WHEREFORE, Plaintiff prays for judgment against Defendant for:

   a.  Back pay and lost benefits; front pay until normal retirement;

   b.  Liquidated damages for his mental anguish, pain and suffering, and other non-pecuniary losses;

   c.  Punitive damages for the intentional and knowing acts of discrimination committed by Defendant;

   d.  Plaintiff's attorney fees and the costs and expenses of this action;

   e.  Such other relief as the Court deems just and equitable.

## CLAIM VI
## RETALIATION IN VIOLATION OF
## THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967
## (29 U.S.C. 621 *ET SEQ.*)

46.    Plaintiff incorporates as if realleged Paragraphs 1-22.

47.    The foregoing conduct violates the ADEA of 1967 as amended, 29 U.S.C. § 621 *et seq.*

48.    Plaintiff engaged in protected opposition to discrimination when he complained about the discriminatory denials of promotions and raises based on his age.

49.    Defendant canceled Plaintiff's projects and isolated Plaintiff because he engaged in protected opposition to discrimination in violation the ADEA of 1967 as amended, 29 U.S.C. § 621 *et seq.*

8

50.    Defendant's discriminatory practices have resulted in the loss of past and future wages and other job benefits, and have caused the Plaintiff to suffer humiliation, embarrassment, and emotional distress.

51.    Defendant committed the act alleged with malice or reckless indifference to the protected rights of the Plaintiff. Plaintiff is thus entitled to recover punitive damages in an amount to be determined by a jury.

WHEREFORE, Plaintiff prays for judgment against Defendant for:

f.   Back pay and lost benefits; front pay until normal retirement;

g.   Liquidated damages for his mental anguish, pain and suffering, and other non-pecuniary losses;

h.   Punitive damages for the intentional and knowing acts of discrimination committed by Defendant;

i.   Plaintiff's attorney fees and the costs and expenses of this action;

j.   Such other relief as the Court deems just and equitable.

## CLAIM VII
## VIOLATION FO THE EQUAL PAY ACT
## 29 U.S.C. § 206(d)(1) and  29 U.S.C. § 216(b)

52.    Plaintiff incorporates as if re-alleged all preceding paragraphs.

53.    The Defendant's actions of paying Plaintiff less than his younger and non-Asian American counterparts for the same work violates the Equal Pay Act.

WHEREFORE, Plaintiff prays for judgment against the Defendant for:

a.   Back pay lost benefits; front pay until normal retirement;

b.   Liquidated damages for his mental anguish, pain and suffering, and other non-pecuniary losses;

9

c.  Punitive damages for the intentional and knowing acts of discrimination committed by Defendant;

d.  Plaintiff's attorney fees and the costs and expenses of this action;

e.  Such other relief as Court deems just and equitable.

**WHEREFORE,** based on the foregoing, Plaintiff prays that this Court grant the relief sought, including, but not limited to, actual damages in excess of Seventy-Five Thousand Dollars ($75,000.00), with interest, punitive damages in excess of Seventy-Five Thousand Dollars ($75,000.00), the costs of bringing this action, a reasonable attorney's fee, along with such other relief as deemed just and equitable.

Respectfully submitted,

Daniel E. Smolen, (OBA#19943)
**SMOLEN & ROYTMAN**
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 (Fax)
danielsmolen@ssrok.com

Mark A. Smith, OBA No. 31231
Caruso & Smith, PLLC
2021 South Lewis Ave, Suite 720
Tulsa, Oklahoma 74104
(918) 583-5900 (Office)
(918) 583-5902 (Fax)
mark.smith@smithlegalok.com

*Attorneys for Plaintiff*

**IN THE DISTRICT COURT FOR TULSA COUNTY**
**STATE OF OKLAHOMA**

*105543 5286*

HUA JIANG,                                     )
                                              )
        Plaintiff,                            )
                                              )
vs.                                           )  Case No. **CJ-2023-01968**
                                              )
CITY OF TULSA                                 )
                                              )  **DAMAN CANTRELL**
        Defendant.                            )

### ORIGINAL SUMMONS

**DISTRICT COURT**
**F I L E D**

**SERVE BY U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED**     JUN 14 2023

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

City of Tulsa
c/o City Clerk
175 E. 2nd St.
Tulsa, OK  74103

To the above-named Defendant(s)

        You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.  Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

        Issued this __2nd__ day of __June_____, 2023

                                        County Court Clerk

                                By      _____
                                        Deputy Court Clerk

(Seal)
        This summons and order was served on _____

                                        _____
                                        (Signature of person serving summons)

        YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

                        **Return ORIGINAL for filing.**

## PERSONAL SERVICE

I certify that I received the foregoing Summons the _____ day of _____, 2021, and that I delivered a copy of personally in _____ date set forth opposi _____ ving named defendant address and on the

Name of Del _____ Date of Service

_____

I certify that I recei _____ _____, I serv _____ with a copy of the att _____ which is his/her dwei _____ age or older.

_____, 2021, and that on ipy of said summons _____,

fifteen (15) years of

Received this Summ _____ persons _____ that the following

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Hua Jiang Petroum

| Certified Mail Fee | $ |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark Here

6.6.23

Sent To City of Tulsa
Street and Apt. No., or PO Box No. C/o City Clerk 175 E. 2nd St
City, State, ZIP+4 Tulsa, OK 74103

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

1268 8265 0000 3330 7022

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of Tulsa
c/o City Clerk
175 E. 2nd St
Tulsa, OK 74103

9590 9402 4075 8092 0887 46

2. Article Number (Transfer from service label)

7022 3330 0000 1268 8265

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 6/13/23

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

Fee for Total $ Dated

I, _____ Summo _____ affidavi _____

Subscr _____ My Col _____

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition to the following named defendant at the address shown by certified mail, addressee only, return receipt requested, on the _10th_ day of _June_, 202*3*, and receipt thereof on the dates shown:

| Defendant | Address Where Served | Date Receipted |
|---|---|---|
| City of Tulsa c/o City Clerk | 175 E. 2nd St Tulsa, OK 74103 | June 08, 2023 |

Sharone Payne
Signature of person mailing summons

| Party Name | Disposition Information |
|---|---|
| **Defendant:** | |
| CITY OF TULSA | |

**Issue # 2.**   Issue: RETALIATION VIOLATION OF TITLE VII42 USC (OTHER)
Filed By: JIANG, HUA
Filed Date: 06/02/2023

| Party Name | Disposition Information |
|---|---|
| **Defendant:** | |
| CITY OF TULSA | |

**Issue # 3.**   Issue: DISCRIMINATION IN VIOLATION OF OADA (DISCRIM)
Filed By: JIANG, HUA
Filed Date: 06/02/2023

| Party Name | Disposition Information |
|---|---|
| **Defendant:** | |
| CITY OF TULSA | |

**Issue # 4.**   Issue: RETALIATION, VIOLATION OF OADA (OTHER)
Filed By: JIANG, HUA
Filed Date: 06/02/2023

| Party Name | Disposition Information |
|---|---|
| **Defendant:** | |
| CITY OF TULSA | |

**Issue # 5.**   Issue: DISCRIMINATION, BASIS OF AGE IN EMPLOYMENT ACT OF 1967/29 USC 621 (DISCRIM)
Filed By: JIANG, HUA
Filed Date: 06/02/2023

| Party Name | Disposition Information |
|---|---|
| **Defendant:** | |
| CITY OF TULSA | |

**Issue # 6.**   Issue: RETALIATION/ VIOLATION OF AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967 29USC 621 (OTHER)
Filed By: JIANG, HUA
Filed Date: 06/02/2023

| Party Name | Disposition Information |
|---|---|
| **Defendant:** | |
| CITY OF TULSA | |

**Issue # 7.**   Issue: VIOLATION OF EQUAL PAY ACT 29 USC 206d 1 AND 29 USC 216 B (OTHER)
Filed By: JIANG, HUA
Filed Date: 06/02/2023

| Party Name | Disposition Information |
|---|---|
| **Defendant:** | |
| CITY OF TULSA | |

# DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 06-02-2023 | [ TEXT ] | | #1 | |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | |
| 06-02-2023 | [ OTHER ] | | | |
| | | DISPARATE TREATMENT BASED ON RACE (TITLE VII) | | |
| 06-02-2023 | [ DMFE ] | | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | | |
| 06-02-2023 | [ PFE1 ] | | | $ 163.00 |
| | | PETITION | | |
| | | Document Available (#1055430941) ☐TIFF   ⬜PDF | | |
| 06-02-2023 | [ PFE7 ] | | | $ 6.00 |
| | | LAW LIBRARY FEE | | |
| 06-02-2023 | [ OCISR ] | | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| 06-02-2023 | [ OCJC ] | | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | |
| 06-02-2023 | [ OCASA ] | | | $ 5.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | |
| 06-02-2023 | [ SSFCHSCPC ] | | | $ 10.00 |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| 06-02-2023 | [ CCADMINCSF ] | | | $ 1.00 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| 06-02-2023 | [ CCADMIN0155 ] | | | $ 0.16 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | |
| 06-02-2023 | [ SJFIS ] | | | $ 0.45 |
| | | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | |
| 06-02-2023 | [ DCADMIN155 ] | | | $ 0.23 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | |
| 06-02-2023 | [ DCADMIN05 ] | | | $ 0.75 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | |
| 06-02-2023 | [ DCADMINCSF ] | | | $ 1.50 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| 06-02-2023 | [ CCRMPF ] | | | $ 10.00 |
| | | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | |
| 06-02-2023 | [ CCADMIN04 ] | | | $ 0.50 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | |

**06-02-2023  [ LTF ]**                                                                                      $ 10.00

LENGTHY TRIAL FUND

---

**06-02-2023  [ SMF ]**                                                                                      $ 10.00

SUMMONS FEE (CLERKS FEE)

---

**06-02-2023  [ SMIMA ]**

SUMMONS ISSUED - MAILED BY ATTORNEY

---

**06-02-2023  [ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET E TO THIS CASE.

---

**06-02-2023  [ ACCOUNT ]**

RECEIPT # 2023-4499700 ON 06/02/2023.
PAYOR: SMOLEN SMOLEN & ROYTMAN TOTAL AMOUNT PAID: $ 252.14.
LINE ITEMS:
CJ-2023-1968: $173.00 ON AC01 CLERK FEES.
CJ-2023-1968: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2023-1968: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2023-1968: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2023-1968: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2023-1968: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2023-1968: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2023-1968: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2023-1968: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2023-1968: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2023-1968: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2023-1968: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION
FEE.

---

**06-14-2023  [ S ]**                                                                        CITY OF TULSA 👤

PARTY HAS BEEN SUCCESSFULLY SERVED. / CITY OF TULSA / 6-8-23
Document Available (#1055435286) 🗎TIFF   📄PDF