## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HUA JIANG, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 23-CV-0255-CVE-CDL** |
| | ) | |
| CITY OF TULSA, | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

This matter comes on for consideration of Defendant City of Tulsa's Partial Motion to Dismiss Plaintiff's Equal Pay Act Claim and Brief in Support (Dkt. # 8). Plaintiff Hua Jiang filed this case alleging numerous workplace discrimination claims, including a claim under the Equal Pay Act, 29 U.S.C. § 206(d)(1) (EPA), and defendant filed a motion to dismiss plaintiff's EPA claim. Plaintiff has filed a response to the motion to dismiss, and she does not object to the dismissal without prejudice of her EPA claim. Dkt. # 12. Plaintiff states that she will seek leave to amend if she gathers evidence during pretrial discovery that would support an EPA claim. In light of plaintiff's response, the Court finds that defendant's motion to dismiss (Dkt. # 8) should be granted, and plaintiff's EPA claim will be dismissed without prejudice to refiling.

**IT IS THEREFORE ORDERED** that Defendant City of Tulsa's Partial Motion to Dismiss Plaintiff's Equal Pay Act Claim and Brief in Support (Dkt. # 8) is **granted**, and plaintiff's EPA claim (Claim VII) is **dismissed without prejudice**.

**DATED** this 25th day of July, 2023.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE